IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

24-20404

| | | |
|---|---|---|
| In Re: **Linda C. Parker** | : : : : | Bankruptcy No. Chapter **11** |
| Debtor | : : | |
| **Linda C. Parker** Movant | : : : | Related to Document No. 1 |
| v. | : : : : | |
| No Respondent | : | |

**NOTICE REGARDING FILING OF MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(e) I, __**Donald R. Calaiaro**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: **/s/ Donald R. Calaiaro**  
Signature  
**Donald R. Calaiaro**  
Typed Name  
**938 Penn Avenue, 5th Fl.**  
**Suite 501**  
**Pittsburgh, PA 15222**  
Address  
**412-232-0930 Fax:412-232-3858**  
Phone No.  
**27538 PA**  
List Bar I.D. and State of Admission

**PAWB Local Form 29 (07/13)**

24-20404

Belfor Restoration
1100 Cuddy Lane
Cuddy, PA 15031

Beverly Weiss Manne, Esquire
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

Linda Parker


McClure & Wolf
Wayne H. Port, Esquire
92 East Main Street
Uniontown, PA 15401

Parker Precision Molding, Inc.
129 Landmark Lane
Belle Vernon, PA 15012

PNC Mortgage
P.O. Box 6534
Carol Stream, IL 60197

Rebecca A. Solarz, Esquire
701 Market Street
Philadelphia, PA 19106