**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 24-20404-CMB |
| Linda C. Parker, | ) |
| **Debtor,** | ) **Chapter** 11 |
| | ) |
| Linda C. Parker, | ) **Related Document No.** 15-16 |
| **Movant,** | ) **Hearing Date:** 04/11/24 @ 2:30 p.m. |
| v. | ) **Responses Due:** 03/18/24 |
| Citizens Bank, | ) |
| **Respondent.** | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION FOR AN ORDER UNDER 11 U.S.C. §§ 363, 1107 AND 1108 AUTHORIZING MAINTENANCE AND CONTINUED USE OF PRE-PETITION BANK ACCOUNTS AND GRANTING RELATED RELIEF - Document No. 15**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion for an Order Under 11 U.S.C. §§ 363, 1107 and 1108 Authorizing Maintenance and Continued Use of Pre-Petition Bank Accounts and Granting Related Relief** filed on March 1, 2024 has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion for an Order Under 11 U.S.C. §§ 363, 1107 and 1108 Authorizing Maintenance and Continued Use of Pre-Petition Bank Accounts and Granting Related Relief** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion for an Order Under 11 U.S.C. §§ 363, 1107 and 1108 Authorizing Maintenance and Continued Use of Pre-Petition Bank Accounts and Granting Related Relief** were to be filed and served no later than March 18, 2024.

It is hereby respectfully requested that the Order attached to the **Motion for an Order Under 11 U.S.C. §§ 363, 1107 and 1108 Authorizing Maintenance and Continued Use of Pre-Petition Bank Accounts and Granting Related Relief** be entered by the Court.

**DATED:** March 19, 2024            **CALAIARO VALENCIK**

**BY:** /s/ Andrew K. Pratt
Donald R. Calaiaro, Esq.  PA I.D. No. 27538
Andrew K. Pratt, Esq.    PA I.D. No. 328784
938 Penn Avenue, Suite 501
Pittsburgh, PA 15222-3708
**Phone:**      (412) 232-0930

**Fax:** **(412) 232-3858**
**Email:** **dcalaiaro@c-vlaw.com**
**apratt@c-vlaw.com**