**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 24-20404-CMB |
| Linda C. Parker, | ) |
| **Debtor,** | ) **Chapter** 11 |
| | ) |
| Linda C. Parker, | ) **Related Document No.** 17-18 |
| **Movant,** | ) **Hearing Date:** 04/11/24 @ 2:30 p.m. |
| v. | ) **Responses Due:** 03/18/24 |
| No Respondent. | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION TO EMPLOY CALAIARO VALENCIK AS COUNSEL FOR THE DEBTOR**
**AND DEBTOR-IN-POSSESSION AS OF THE PETITION DATE- Document No. 17**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion Employ Calaiaro Valencik as Counsel for the Debtor and Debtor-In-Possession as of the Petition Date** filed on March 1, 2024 has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion Employ Calaiaro Valencik as Counsel for the Debtor and Debtor-In-Possession as of the Petition Date** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Employ Calaiaro Valencik as Counsel for the Debtor and Debtor-In-Possession as of the Petition Date** were to be filed and served no later than March 18, 2024.

It is hereby respectfully requested that the Order attached to the **Motion Employ Calaiaro Valencik as Counsel for the Debtor and Debtor-In-Possession as of the Petition Date** be entered by the Court.

**DATED:** March 19, 2024        **CALAIARO VALENCIK**

**BY:** /s/ Andrew K. Pratt
**Donald R. Calaiaro, Esq.**  PA I.D. No. 27538
**Andrew K. Pratt, Esq.**    PA I.D. No. 328784
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA 15222-3708**
**Phone:**     (412) 232-0930
**Fax:**       (412) 232-3858
**Email:**     dcalaiaro@c-vlaw.com
              apratt@c-vlaw.com