**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 24-20404-CMB |
| Linda C. Parker, | ) |
| **Debtor,** | ) **Chapter** 11 |
| | ) |
| Linda C. Parker, | ) **Related Document No.** 35 |
| **Movant,** | ) **Hearing Date:** 04/11/24 @ 2:30 p.m. |
| v. | ) **Responses Due:** 03/18/24 |
| Citizens Bank, | ) |
| **Respondent.** | ) **Document No.** |

**CERTIFICATE OF SERVICE OF Order Authorizing The Use of Bank Accounts and Granting Related Relief**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 21, 2024.

Linda C. Parker, 626 James Drive, Belle Vernon, PA 15012

Citizens Bank, 1731 Grand Boulevard, Monessen, PA 15062

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on:** March 21, 2024        **CALAIARO VALENCIK**

/s/ Andrew K. Pratt
**Andrew K. Pratt, Esq.     PA I.D. No. 328784
938 Penn Avenue, Suite 501
Pittsburgh, PA 15222-3708
Phone:       (412) 232-0930
Fax:          (412) 232-3858
Email:**       apratt@c-vlaw.com