

*U.S. Department of Justice*

Office of the United States Trustee

*Western District of Pennsylvania*

---

*William S. Moorhead Federal Building*  *(412) 644-4756*
*1000 Liberty Avenue, Suite 1316*  *Fax (412) 644-4785*
*Pittsburgh, Pennsylvania 15222*

# MINUTES OF §341 MEETING OF CREDITORS
## CHAPTER 11

IN RE:

Linda C. Parker                                         Case No. 24-20404 CMB

                                                                                    Chapter 11

    Debtor

The §341(a) Meeting of Creditors was **convened telephonically** on March 28, 2024 and adjourned to May 2, 2024 at 10:00 a.m.

ANDREW R. VARA
UNITED STATES TRUSTEE
Regions 3 and 9

By: */s/Kate Bradley*
    Kate Bradley
    Trial Attorney
    Presiding Officer
    Kate.M.Bradley@usdoj.gov

Date: March 28, 2024