# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>LINDA C. PARKER,<br><br>                     Debtor. | Case Number: 24-20404 CMB<br><br>Chapter 11 |
| UNITED STATES TRUSTEE,<br><br>                     Movant,<br><br>v.<br><br>LINDA C. PARKER,<br><br>                     Respondent. | Hearing Date & Time:<br>May 1, 2024 at 1:30 p.m.<br><br>Response Deadline:<br>April 9, 2024 |

## NOTICE OF WITHDRAWAL OF MOTION OF THE UNITED STATES TRUSTEE TO DISMISS OR CONVERT CHAPTER 11 CASE OF DEBTOR PURSUANT TO 11 U.S.C. § 1112(b)(4)(C) AND (H)

Please take notice that Andrew R. Vara, United States Trustee for Regions 3 & 9 (the "United States Trustee"), by and through his undersigned counsel, hereby withdrawals the *Amended Motion of United States Trustee to Dismiss or Convert Chapter 11 Case of Debtor Pursuant to 11 U.S.C. §§ 1112 (b)(4)(C) and (H)* (the "Motion") (Docket No. 33). The Debtor has provided the United States Trustee with all requested documents and, therefore, the Motion is now moot. The United States Trustee reserves his right to file a subsequent motion seeking dismissal or conversion of the case if necessary.

Dated: April 30, 2024

**ANDREW R. VARA,
UNITED STATES TRUSTEE,
REGIONS 3 & 9**

By: /s/ *Kate Bradley*
Kate Bradley, Trial Attorney
Ohio Bar ID 0074206
Federal Building
1000 Liberty Avenue, Suite 1316
Pittsburgh, Pennsylvania 15222
Telephone: (412) 644-4756
Facsimile: (412) 644-4785
Email: Kate.M.Bradley@usdoj.gov

\

## Certificate of Service

      I hereby certify that on April 30, 2024, a true and correct copy of the foregoing was served via the Court's Electronic Case Filing System on all entities and individuals who are listed on the Court's Electronic Mail Notice List:

By: /s/ *Kate Bradley*
Kate Bradley, Trial Attorney
Ohio Bar ID 0074206
Federal Building
1000 Liberty Avenue, Suite 1316
Pittsburgh, Pennsylvania 15222
Telephone: (412) 644-4756
Facsimile: (412) 644-4785

Email: Kate.M.Bradley@usdoj.gov
