**Fill in this information to identify the case:**

Debtor Name: Linda C. Parker

United States Bankruptcy Court for the: Western District of Pennsylvania (State)

Case number: 24-20404-CMB

## Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of _____ on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| Parker Precision Molding Inc. | 100% | |
| Widgetwerks | 100% | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name  Linda C. Parker                    Case number 24-20404-CMB

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (I) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**

X _Linda Park_____
Signature of Authorized Individual

_Linda Parker_____
Printed name of Authorized Individual

Date _5- 30-24_
MM / DD / YYYY

**For individual Debtors:**

X _Linda Park_____          X _Linda Park_____
Signature of Debtor 1                              Signature of Debtor 2

_Linda Parker_____          _Linda Parker_____
Printed name of Debtor 1                          Printed name of Debtor 2

Date _5- 30-24_                                  Date _5-30-24_
MM / DD / YYYY                                    MM / DD / YYYY

Debtor Name  Linda C. Parker                    Case number  24-20404-CMB

**Exhibit A: Financial Statements for [**Name of Controlled Non-Debtor Entity**]**

PARKER Precision Molding

WIDGET WERKS

| Debtor Name | Linda C. Parker | Case number | 24-20404-CMB |
|---|---|---|---|

**Exhibit A-1: Balance Sheet for** [Name of Controlled Non-Debtor Entity] **as of** [date]

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

Debtor Name  Linda C. Parker                                     Case number  24-20404-CMB

**Exhibit A-2: Statement of Income (*Loss*) for [Name of Controlled Non-Debtor Entity] for period ending** [date]

[Provide a statement of income (*loss*) for the following periods:

(i) For the initial report:

    a.  the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b.  the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

Debtor Name    Linda C. Parker

Case number 24-20404-CMB

**Exhibit A-3: Statement of Cash Flows for [**Name of Controlled Non-Debtor Entity] **for period ending [date]**

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

Debtor Name | Linda C. Parker

Case number | 24-20404-CMB

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for [Name of Controlled Non-Debtor Entity] for period ending** [date]

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

(i) For the initial report:

   a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

   b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

Debtor Name    Linda C. Parker

Case number    24-20404-CMB

**Exhibit B: Description of Operations for [Name of Controlled Non-Debtor Entity]**

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

Parker Precision Molding Inc is a custom injection molding company of thermoplastics. molding different components to our customers qualifications. Customer supplies the tooling which makes the part. The tooling goes into Parker Precision molding equipment and Parker Precision produces the part. Raw plastic pellets are automatically fed into the machine, mold heats and forms the part.

Parker Precision Molding also does CNC machining which is produced to the customers qualifications.

Parker Precision Molding has no claims on Widget Works

Debtor Name _Troy O Parker_

**Exhibit C: Description of Intercompany Claims**

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

WIDGETWERKS.
Is a DISTRIBUTION Company of
Spacers FoR Glass Block windows.
Due to building industry reduction
there hasn't been much distribution. Industry
is quiet. Have 1 customer in Puerto Rico. since
January 2024.

WIDGETWERKS has no claims on PARKER
Precision Molding.

Debtor Name | Linda C. Parker
Case number | 24-20404-CMB

## Exhibit D: Allocation of Tax Liabilities and Assets

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

Parker Precision Molding is a C-Corporation
Parker Precision has an 1120 form with K-1
and completes its own tax forms
per year.

Widgetwerks is a S-Corporation
Widgetwerx taxes are included in and
on my personal tax return.

Debtor Name   Linda C. Parker

Case number   24-20404-CMB

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

Parker Precision Molding
    mortgage payments on
        commercial Bldg.

Nov. 20th 2023        2300.00
Dec. 27th 2023        2200.00
Jan 31st 2024         2300.00
Feb 23rd 2024         2300.00



MARCH 2024    2300.00
April 2024    2300.00
May 2024      2300.00


WIDGETWERK - none

# Parker Precision Molding, Inc.

## Profit and Loss

### February 1-28, 2024

|  | TOTAL |
|---|---|
| **Income** | |
| Material | |
| Material - Plastic | -6,653.57 |
| Material - Steel | -5,144.06 |
| **Total Material** | **-11,797.63** |
| Sales | 32,818.25 |
| Sales of Product Income | 5,500.00 |
| **Total Income** | **$26,520.62** |
| Cost of Goods Sold | |
| Cost of Goods Sold | 0.00 |
| **Total Cost of Goods Sold** | **$0.00** |
| **GROSS PROFIT** | **$26,520.62** |
| Expenses | |
| Computer and Internet Expenses | 310.29 |
| Credit Card | 1,705.65 |
| Cutting Tools | 382.15 |
| Equipment Insurance | 273.27 |
| Equipment Payment | 1,644.00 |
| Fuel | 535.73 |
| Insurance Expense | |
| Automotive | 114.99 |
| **Total Insurance Expense** | **114.99** |
| Loan Repayment | 2,220.00 |
| Meals and Entertainment | 160.10 |
| Miscellaneous Expense | 0.00 |
| Office Expense | 181.20 |
| Office Supplies | 59.00 |
| Outsourced Services | 4,809.65 |
| Payroll Expenses | |
| Taxes | 268.04 |
| Wages | 3,241.10 |
| **Total Payroll Expenses** | **3,509.14** |
| Rent Expense | 2,300.00 |
| Repairs and Maintenance | 526.37 |
| Software | 365.70 |
| Tooling | 970.65 |
| Utilities | 3,425.31 |
| Natural Gas | 537.02 |
| Water | 120.19 |
| **Total Utilities** | **4,082.52** |
| **Total Expenses** | **$24,150.41** |
| **NET OPERATING INCOME** | **$2,370.21** |
| **NET INCOME** | **$2,370.21** |

# Parker Precision Molding, Inc.

## Profit and Loss

### March 2024

|  | TOTAL |
|---|---|
| **Income** | |
| Material | |
| Material - Steel | -2,272.52 |
| **Total Material** | **-2,272.52** |
| Sales | 33,685.15 |
| Sales of Product Income | 500.00 |
| **Total Income** | **$31,912.63** |
| Cost of Goods Sold | |
| Cost of Goods Sold | 1,942.85 |
| **Total Cost of Goods Sold** | **$1,942.85** |
| **GROSS PROFIT** | **$29,969.78** |
| **Expenses** | |
| Accountant | 581.00 |
| Automobile Expense | 928.10 |
| Bank Service Charges | 41.00 |
| Computer and Internet Expenses | 82.66 |
| Credit Card | 1,400.00 |
| Equipment Insurance | 273.27 |
| Equipment Payment | 3,288.00 |
| Fuel | 466.66 |
| Health Insurance | 462.47 |
| Insurance Expense | |
| Automotive | 116.99 |
| **Total Insurance Expense** | **116.99** |
| Loan Repayment | 1,387.44 |
| Meals and Entertainment | 396.78 |
| Miscellaneous Expense | 3,543.40 |
| Office Expense | 693.52 |
| Office Supplies | 200.00 |
| Outsourced Services | 1,350.00 |
| Payroll Expenses | |
| Taxes | 904.63 |
| Wages | 7,779.98 |
| **Total Payroll Expenses** | **8,684.61** |
| Rent Expense | 2,300.00 |
| Repairs and Maintenance | 2,665.75 |
| Shipping Supplies | 183.24 |
| Software | 374.70 |
| Taxes | 257.67 |
| Telephone Expense | 2,899.04 |
| Tooling | 2,064.62 |
| Tools | 281.93 |

| | TOTAL |
|---|---|
| Travel Expense | 173.26 |
| Utilities | 3,122.00 |
| Natural Gas | 1,117.86 |
| **Total Utilities** | **4,239.86** |
| **Total Expenses** | **$39,335.97** |
| NET OPERATING INCOME | $ -9,366.19 |
| NET INCOME | $ -9,366.19 |

# Parker Precision Molding, Inc.

## Profit and Loss

### April 2024

|  | TOTAL |
|---|---|
| Income |  |
|   Loan | 2,090.00 |
|   Material |  |
|     Material - Plastic | -2,680.86 |
|     Material - Steel | -1,069.72 |
|   **Total Material** | **-3,750.58** |
|   Sales | 32,343.45 |
|   Sales of Product Income | 500.00 |
| **Total Income** | **$31,182.87** |
| Cost of Goods Sold |  |
|   Cost of Goods Sold | 0.00 |
|   Freight and Shipping Costs | 74.41 |
| **Total Cost of Goods Sold** | **$74.41** |
| **GROSS PROFIT** | **$31,108.46** |
| Expenses |  |
|   Accountant | 2,557.00 |
|   Automobile Expense | 886.50 |
|   Bank Service Charges | 146.00 |
|     Wire Transfer Fees | 5.00 |
|   **Total Bank Service Charges** | **151.00** |
|   Computer and Internet Expenses | 2,141.25 |
|   Credit Card | 366.00 |
|   Cutting Tools | 1,579.81 |
|   Equipment Insurance | 273.27 |
|   Equipment Payment | 10,638.90 |
|   Equipment Rigging/Hauling | 500.00 |
|   Fuel | 534.48 |
|   Health Insurance | 462.47 |
|   Insurance Expense |  |
|     Automotive | 458.79 |
|   **Total Insurance Expense** | **458.79** |
|   Meals and Entertainment | 173.84 |
|   Office Expense | 546.15 |
|   Office Supplies | 150.00 |
|   Outsourced Services | 298.17 |
|   Payroll Expenses |  |
|     Taxes | 374.01 |
|     Wages | 4,823.70 |
|   **Total Payroll Expenses** | **5,197.71** |
|   Reimbursement | 324.41 |
|   Rent Expense | 2,300.00 |

| | TOTAL |
|---|---|
| Repairs and Maintenance | 2,253.23 |
| Software | 438.30 |
| Supplies & Materials | 1,007.34 |
| Telephone Expense | 618.67 |
| Tolls | 140.92 |
| Tooling | 462.10 |
| Utilities | |
|   Power | 3,480.19 |
| **Total Utilities** | **3,480.19** |
| **Total Expenses** | **$37,940.50** |
| NET OPERATING INCOME | **$ -6,832.04** |
| NET INCOME | **$ -6,832.04** |

# Parker Precision Molding, Inc.

## Balance Sheet

As of February 1, 2024

| | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Citizens Bank - 3225 | -2,912.87 |
| Citizens Bank - 9429 | 0.00 |
| Clearly Better Business Checking (9801) - 2 | 929.50 |
| **Total Bank Accounts** | **$ -1,983.37** |
| Accounts Receivable | |
| Accounts Receivable | 33,434.81 |
| **Total Accounts Receivable** | **$33,434.81** |
| Other Current Assets | |
| Inventory Asset-1 | 1,070.83 |
| Payroll Refunds | -30.50 |
| Uncategorized Asset | 200.00 |
| Undeposited Funds | 0.00 |
| **Total Other Current Assets** | **$1,240.33** |
| **Total Current Assets** | **$32,691.77** |
| Fixed Assets | |
| Furniture and Equipment | 311.20 |
| **Total Fixed Assets** | **$311.20** |
| **TOTAL ASSETS** | **$33,002.97** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable | 87,991.47 |
| **Total Accounts Payable** | **$87,991.47** |
| Other Current Liabilities | |
| Payroll Corrections | 178.22 |
| Payroll Liabilities | |
| Federal Taxes (941/944) | -350.90 |
| Federal Unemployment (940) | 30.86 |
| PA Income Tax | -40.47 |
| PA Local Tax | -116.10 |
| PA Unemployment Tax | -251.80 |
| **Total Payroll Liabilities** | **-728.41** |
| **Total Other Current Liabilities** | **$ -550.19** |
| **Total Current Liabilities** | **$87,441.28** |

|  | TOTAL |
|---|---|
| Long-Term Liabilities | |
| Notes Payable | 69,650.00 |
| **Total Long-Term Liabilities** | **$69,650.00** |
| **Total Liabilities** | **$157,091.28** |
| Equity | |
| Opening Balance Equity | -57,798.49 |
| Retained Earnings | -68,627.39 |
| Net Income | 2,337.57 |
| **Total Equity** | **$ -124,088.31** |
| **TOTAL LIABILITIES AND EQUITY** | **$33,002.97** |

# Parker Precision Moldings Inc.

## Balance Sheet
### As of March 1, 2024

|  | TOTAL |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Citizens Bank - 3225 | -1,683.10 |
| Citizens Bank - 9429 | 0.00 |
| Clearly Better Business Checking (9801) - 2 | 327.00 |
| **Total Bank Accounts** | **$ -1,356.10** |
| Accounts Receivable | |
| Accounts Receivable | 49,628.63 |
| **Total Accounts Receivable** | **$49,628.63** |
| Other Current Assets | |
| Inventory Asset-1 | 1,070.83 |
| Payroll Refunds | -30.50 |
| Uncategorized Asset | 200.00 |
| Undeposited Funds | 0.00 |
| **Total Other Current Assets** | **$1,240.33** |
| **Total Current Assets** | **$49,512.86** |
| Fixed Assets | |
| Furniture and Equipment | 311.20 |
| **Total Fixed Assets** | **$311.20** |
| **TOTAL ASSETS** | **$49,824.06** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable | 87,991.47 |
| **Total Accounts Payable** | **$87,991.47** |
| Other Current Liabilities | |
| Payroll Corrections | 178.22 |
| Payroll Liabilities | |
| Federal Taxes (941/944) | -350.90 |
| Federal Unemployment (940) | 50.31 |
| PA Income Tax | 59.03 |
| PA Local Tax | -83.68 |
| PA Unemployment Tax | -248.89 |
| **Total Payroll Liabilities** | **-574.13** |
| **Total Other Current Liabilities** | **$ -395.91** |
| **Total Current Liabilities** | **$87,595.56** |

| | TOTAL |
|---|---|
| **Long-Term Liabilities** | |
| Notes Payable | 69,650.00 |
| **Total Long-Term Liabilities** | **$69,650.00** |
| **Total Liabilities** | **$157,245.56** |
| **Equity** | |
| Opening Balance Equity | -57,798.49 |
| Retained Earnings | -68,627.39 |
| Net Income | 19,004.38 |
| **Total Equity** | **$ -107,421.50** |
| **TOTAL LIABILITIES AND EQUITY** | **$49,824.06** |

# Parker Precision Moldings Inc.

## Balance Sheet

### As of April 1, 2024

| | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Citizens Bank - 3225 | -8,188.08 |
| Citizens Bank - 9429 | 0.00 |
| Clearly Better Business Checking (9801) - 2 | 19.00 |
| **Total Bank Accounts** | **$ -8,169.08** |
| Accounts Receivable | |
| Accounts Receivable | 48,177.38 |
| **Total Accounts Receivable** | **$48,177.38** |
| Other Current Assets | |
| Inventory Asset-1 | 1,070.83 |
| Payroll Refunds | -30.50 |
| Uncategorized Asset | 200.00 |
| Undeposited Funds | 0.00 |
| **Total Other Current Assets** | **$1,240.33** |
| **Total Current Assets** | **$41,248.63** |
| Fixed Assets | |
| Furniture and Equipment | 311.20 |
| **Total Fixed Assets** | **$311.20** |
| **TOTAL ASSETS** | **$41,559.83** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable | 87,991.47 |
| **Total Accounts Payable** | **$87,991.47** |
| Other Current Liabilities | |
| Payroll Corrections | 178.22 |
| Payroll Liabilities | |
| Federal Taxes (941/944) | 13.44 |
| Federal Unemployment (940) | 80.51 |
| PA Income Tax | 347.42 |
| PA Local Tax | 10.26 |
| PA Unemployment Tax | 41.94 |
| **Total Payroll Liabilities** | **493.57** |
| **Total Other Current Liabilities** | **$671.79** |
| **Total Current Liabilities** | **$88,663.26** |

| | TOTAL |
|---|---|
| Long-Term Liabilities | |
| Notes Payable | 69,650.00 |
| **Total Long-Term Liabilities** | **$69,650.00** |
| **Total Liabilities** | **$158,313.26** |
| Equity | |
| Opening Balance Equity | -57,798.49 |
| Retained Earnings | -68,627.39 |
| Net Income | 9,672.45 |
| **Total Equity** | **$ -116,753.43** |
| **TOTAL LIABILITIES AND EQUITY** | **$41,559.83** |

# Parker Precision Moldings Inc.

## Balance Sheet

### As of May 1, 2024

|  | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Citizens Bank - 3225 | -10,325.36 |
| Citizens Bank - 9429 | 0.00 |
| Clearly Better Business Checking (9801) - 2 | 1,516.00 |
| **Total Bank Accounts** | **$ -8,809.36** |
| Accounts Receivable | |
| Accounts Receivable | 37,920.80 |
| **Total Accounts Receivable** | **$37,920.80** |
| Other Current Assets | |
| Inventory Asset-1 | 1,070.83 |
| Payroll Refunds | -30.50 |
| Uncategorized Asset | 200.00 |
| Undeposited Funds | 4,087.38 |
| **Total Other Current Assets** | **$5,327.71** |
| **Total Current Assets** | **$34,439.15** |
| Fixed Assets | |
| Furniture and Equipment | 311.20 |
| **Total Fixed Assets** | **$311.20** |
| **TOTAL ASSETS** | **$34,750.35** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable | 87,991.47 |
| **Total Accounts Payable** | **$87,991.47** |
| Other Current Liabilities | |
| Payroll Corrections | 178.22 |
| Payroll Liabilities | |
| Federal Taxes (941/944) | 6.71 |
| Federal Unemployment (940) | 80.51 |
| PA Income Tax | -50.29 |
| PA Local Tax | -119.30 |
| PA Unemployment Tax | -284.77 |
| **Total Payroll Liabilities** | **-367.14** |
| **Total Other Current Liabilities** | **$ -188.92** |
| **Total Current Liabilities** | **$87,802.55** |

| | TOTAL |
|---|---|
| Long-Term Liabilities | |
|   Notes Payable | 69,650.00 |
|   **Total Long-Term Liabilities** | **$69,650.00** |
| **Total Liabilities** | **$157,452.55** |
| Equity | |
|   Opening Balance Equity | -57,798.49 |
|   Retained Earnings | -68,627.39 |
|   Net Income | 3,723.68 |
|   **Total Equity** | **$ -122,702.20** |
| **TOTAL LIABILITIES AND EQUITY** | **$34,750.35** |

| Item | Current Value | Equipment Pay-off | Equity | New Value | Year | Make | Model No. | Serial No. |
|---|---|---|---|---|---|---|---|---|
| Nissei FN2000 (#1) | $ 15,000.00 | | $ 15,000.00 | $ 87,500.00 | 2002 | Nissei | FN2000 | S13V120 |
| Nissei FN1000 (#2) | $ 15,000.00 | | $ 15,000.00 | $ 85,000.00 | | Nissei | FN3000 | S14U025 |
| Nissei FN3000 (#3) | $ 20,000.00 | | $ 20,000.00 | $ 95,000.00 | 1999 | Nissei | FN3000 | S12Z006 |
| Nissei FN2000 (#4) | $ 15,000.00 | | $ 15,000.00 | $ 87,500.00 | 2004 | Nissei | FN2000 | 184358 |
| Arburg 520c, (#5) | $ 35,000.00 | | $ 35,000.00 | $ 150,000.00 | 2001 | Arburg | 520c - 2000 - 675 | |
| Nissei PS40 (#7) | $ 10,000.00 | - | $ 10,000.00 | $ 70,000.00 | 1998 | Nissei | PS40EA | E045263 |
| Doosan DNM4500 (VMC #1) | $ 85,000.00 | $ 45,000.00 | $ 40,000.00 | $ 99,500.00 | 2021 | Doosan | DNM4500 | MVO090-002904 |
| Haas VF25SYTPP (VMC #2) | $ 175,000.00 | $ 175,000.00 | - | $ 190,000.00 | 2023 | Haas | VF25SYT | 1357510585.4 |
| LNS Chip Conveyor | $ 6,500.00 | | $ 6,500.00 | $ 8,500.00 | 2021 | LNS | 57519055 | |
| | **$ 376,500.00** | | **$ 150,000.00** | **$ 873,000.00** | | | | |

**Auxiliary Equipment**

| Item | Current Value | | Equity | New Value | Year | Make | Model No. | Serial No. |
|---|---|---|---|---|---|---|---|---|
| Thermal Care Pump Tank | $ 1,000.00 | | $ 1,000.00 | $ 25,000.00 | 2002 | Thermal Care | Pump Tank | T-1199 |
| CTS Water Tower | $ 7,500.00 | | $ 7,500.00 | $ 11,500.00 | | | | |
| Ingersoll Rand Air Compressor (7.5 hp) | $ 1,250.00 | | $ 1,250.00 | $ 2,100.00 | 2021 | Ingersoll Rand | 2475N7.5 | CBV676583 |
| Ingersoll Rand Air Compressor (5 hp) | $ 750.00 | | $ 750.00 | $ 1,250.00 | 2019 | Ingersoll Rand | TS4N5 | CBV156723 |
| Conair Dryer | $ 1,250.00 | | $ 1,250.00 | $ 3,000.00 | | Conair | CS101 | |
| Whitlock Dryer | $ 750.00 | | $ 750.00 | $ 2,750.00 | | Whitlock | DS100 | 8410194 |
| Matsui Dryer | $ 1,000.00 | | $ 1,000.00 | $ 5,000.00 | 1991 | Matsui | DMZ-40 | 0.00218. |
| Matsui Temperature Controller | $ 1,000.00 | | $ 1,000.00 | $ 1,750.00 | 2002 | Matsui | MCJ-30H | 0.00109 |
| Shini Temperature Controller | $ 1,700.00 | | $ 1,700.00 | $ 2,100.00 | 2021 | Shini Plastics USA | STM-910W | 202103-40382-11 |
| Alfa Robot Sprue Picker (#1) | $ 1,500.00 | | $ 1,500.00 | $ 2,700.00 | 2016 | Alfa Robotics | P650V | 160515-05 |
| Alfa Robot Sprue Picker (#2) | $ 1,500.00 | | $ 1,500.00 | $ 2,700.00 | 2017 | Alfa Robotics | P550V | MP1702008 |
| Alfa Robot Sprue Picker (#3) | $ 1,750.00 | | $ 1,750.00 | $ 3,000.00 | 2016 | Alfa Robotics | P750WV | 160517-23 |
| Alfa Robot Sprue Picker (#4) | $ 1,500.00 | | $ 1,500.00 | $ 2,700.00 | 2017 | Alfa Robotics | P650V | MP1702024 |
| Alfa Robot Sprue Picker (#7) | $ 1,500.00 | | $ 1,500.00 | $ 2,500.00 | 2020 | Alfa Robotics | P450V | MP2009001 |
| DME Hot Runner Controller | $ 2,500.00 | | $ 2,500.00 | $ 7,500.00 | | DME | MFP-G-G | W11737 |
| Forklift | $ 5,000.00 | | $ 5,000.00 | $ 25,000.00 | | Yale | RCOG0RFN48SE08 | E108V06533U |
| Compressed Air Dryer | $ 750.00 | | $ 750.00 | $ 1,200.00 | 2021 | Jupiter Pneumatics | 39053632 | |
| Compressed Air Dryer | $ 750.00 | | $ 750.00 | $ 1,000.00 | 2021 | Jupiter Pneumatics | 39053624 | |
| Grinder #1 | $ 750.00 | | $ 750.00 | $ 4,000.00 | 1985 | Foremost | 1008 | 30388 |
| Grinder #2 | $ 1,200.00 | | $ 1,200.00 | $ 4,500.00 | 1997 | AEC | G6X8 | 97K00970 |
| Grinder #3 | $ 1,000.00 | | $ 1,000.00 | $ 4,500.00 | 1997 | AEC | V68 | 97H00752 |
| Grinder #4 | $ 1,200.00 | | $ 1,200.00 | $ 8,500.00 | | AlSteele | 11X19 | 2888A |
| Grinder #5 | $ 1,000.00 | | $ 1,000.00 | $ 3,500.00 | | Ball & Jewel | | |
| Grinder #6 | $ 1,000.00 | | $ 1,000.00 | $ 4,500.00 | | | | |
| AEC Temperature Controller | $ 750.00 | | $ 750.00 | $ 1,800.00 | | AEC | TCU075 | 37G0432 |
| AEC Blender | $ 1,200.00 | | $ 1,200.00 | $ 12,000.00 | | AEC | OS-007-4Q | 31L03121 |
| MultiPress | $ 1,000.00 | | $ 1,000.00 | $ 5,000.00 | | Multipress, Inc. | W2A-3P | M-3439 |
| Conveyor #1 | $ 1,000.00 | | $ 1,000.00 | $ 4,000.00 | | PPE | ICB-120655 | ICB1206V815090600 |
| Conveyor #2 | $ 1,000.00 | | $ 1,000.00 | $ 4,000.00 | | EMI | | |
| Conveyor #3 | $ 750.00 | | $ 750.00 | $ 4,000.00 | | PPE | RCRD-18-6-20 | M-1868 |
| Conveyor #4 | $ 500.00 | | $ 500.00 | $ 2,500.00 | | PPE | ICB-1206 | ICB1206VA12111095 |
| Material Loader #1 | $ 500.00 | | $ 500.00 | $ 800.00 | | Comet | | |
| Material Loader #2 | $ 250.00 | | $ 250.00 | $ 900.00 | | Conair | | |
| Material Loader #3 | $ 500.00 | | $ 500.00 | $ 800.00 | | PPE | | |
| Material Loader #4 | $ 1,000.00 | | $ 1,000.00 | $ 1,500.00 | | PPE | | |

| Item | Current Value | Equity | New Value | Year | Make | Model No. | Serial No. |
|---|---|---|---|---|---|---|---|
| Material Loader #5 | $ 500.00 | $ | $ 800.00 | | | | |
| Material Loader #6 | $ 500.00 | | $ 750.00 | | | | |
| Material Loader #7 | $ 500.00 | | $ 1,500.00 | | | | |
| Conair TCU | $ 750.00 | | $ 2,000.00 | | | | |
| Conair TCU | $ 750.00 | | $ 2,000.00 | | | | |
| Mokon TCU | $ 750.00 | | $ 2,000.00 | | | | |
| Mokon TCU | $ 750.00 | | $ 2,000.00 | | | | |
| | $ 52,550.00 | $ | $ 180,600.00 | | | | |

**Misc.**

| Item | Current Value | Equity | New Value |
|---|---|---|---|
| Office Furniture | $ 4,000.00 | $ 4,000.00 | $ 7,500.00 |
| Mitch Computer | $ 1,200.00 | | $ 2,000.00 |
| Linda Computer | $ 500.00 | | $ 1,000.00 |
| Steph Computer | $ 750.00 | | $ 1,250.00 |
| QC Computer | $ 750.00 | | $ 1,250.00 |
| Shipping Computer | $ 500.00 | | $ 1,000.00 |
| Machine Shop Computer | $ 500.00 | | $ 1,000.00 |
| Canon Printer | $ 50.00 | | $ 50.00 |
| HP Printer (Main) | $ 100.00 | | $ 250.00 |
| Hp Printer (Mitch) | $ 50.00 | | $ 125.00 |
| HP Printer (QC) | $ 50.00 | | $ 125.00 |
| Zebra Label Printer | $ 750.00 | | $ 1,250.00 |
| Shelving | $ 5,000.00 | | $ 10,000.00 |
| Hand Tools | $ 1,000.00 | | $ 5,000.00 |
| Machine Shop Tool Holders | $ 2,500.00 | | $ 5,000.00 |
| Machine Shop Vices | $ 3,850.00 | | $ 10,000.00 |
| Measuring Tools | $ 2,500.00 | | $ 12,500.00 |
| Extra Misc. | $ 75,000.00 | $ 75,000.00 | $ 125,000.00 |
| | $ 99,050.00 | $ 99,050.00 | $ 184,425.00 |

| | Current Value | Equity | New Value |
|---|---|---|---|
| Equipment | $ 376,500.00 | $ 150,000.00 | 873,000.00 |
| Auxiliary | $ 52,550.00 | $ 52,550.00 | 180,600.00 |
| Misc. | $ 99,050.00 | $ 99,050.00 | 184,425.00 |
| Totals | $ 528,100.00 | $ 301,600.00 | 1,238,025.00 |
| Building | $ 400,000.00 | $ 265,000.00 | 500,000.00 |
| Grand Total | $ 928,100.00 | $ 566,600.00 | 1,738,025.00 |

| Customer Tooling Estimated | | | Make |
|---|---|---|---|
| | $ | | 1,275,000.00 |
| Conco | $ | | 250,000.00 | Comet / Conair |
| PRL | $ | | 275,000.00 | PPE |

Sensus

$

750,000.00

# WidgetWerks, Inc.

## Balance Sheet

### As of February 1, 2024

|  | TOTAL |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Clearly Better Business Checking (9968) - 1 | 3.66 |
| **Total Bank Accounts** | **$3.66** |
| Other Current Assets | |
| Loans to others | 2,807.00 |
| **Total Other Current Assets** | **$2,807.00** |
| **Total Current Assets** | **$2,810.66** |
| **TOTAL ASSETS** | **$2,810.66** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Other Current Liabilities | |
| Short-term loans from shareholders | 2,950.00 |
| **Total Other Current Liabilities** | **$2,950.00** |
| **Total Current Liabilities** | **$2,950.00** |
| **Total Liabilities** | **$2,950.00** |
| Equity | |
| Opening balance equity | 2,800.00 |
| Retained Earnings | -1,743.65 |
| Shareholders' equity | |
| Distributions | -1,192.69 |
| **Total Shareholders' equity** | **-1,192.69** |
| Net Income | -3.00 |
| **Total Equity** | **$ -139.34** |
| **TOTAL LIABILITIES AND EQUITY** | **$2,810.66** |

# WidgetWerks, Inc.

## Balance Sheet

### As of March 1, 2024

|  | TOTAL |
|---|---|
| **ASSETS** |  |
| Current Assets |  |
| Bank Accounts |  |
| Clearly Better Business Checking (9968) - 1 | 86.54 |
| **Total Bank Accounts** | **$86.54** |
| Other Current Assets |  |
| Loans to others | 5,292.00 |
| **Total Other Current Assets** | **$5,292.00** |
| **Total Current Assets** | **$5,378.54** |
| **TOTAL ASSETS** | **$5,378.54** |
| **LIABILITIES AND EQUITY** |  |
| Liabilities |  |
| Current Liabilities |  |
| Other Current Liabilities |  |
| Short-term loans from shareholders | 2,950.00 |
| **Total Other Current Liabilities** | **$2,950.00** |
| **Total Current Liabilities** | **$2,950.00** |
| **Total Liabilities** | **$2,950.00** |
| Equity |  |
| Opening balance equity | 2,800.00 |
| Retained Earnings | -1,743.65 |
| Shareholders' equity |  |
| Distributions | -1,192.69 |
| **Total Shareholders' equity** | **-1,192.69** |
| Net Income | 2,564.88 |
| **Total Equity** | **$2,428.54** |
| **TOTAL LIABILITIES AND EQUITY** | **$5,378.54** |

# WidgetWerks, Inc.

## Balance Sheet

### As of April 1, 2024

|  | TOTAL |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Clearly Better Business Checking (9968) - 1 | -0.59 |
| **Total Bank Accounts** | **$ -0.59** |
| Other Current Assets | |
| Loans to others | 5,292.00 |
| **Total Other Current Assets** | **$5,292.00** |
| **Total Current Assets** | **$5,291.41** |
| **TOTAL ASSETS** | **$5,291.41** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Other Current Liabilities | |
| Short-term loans from shareholders | 2,900.00 |
| **Total Other Current Liabilities** | **$2,900.00** |
| **Total Current Liabilities** | **$2,900.00** |
| **Total Liabilities** | **$2,900.00** |
| Equity | |
| Opening balance equity | 2,800.00 |
| Retained Earnings | -1,743.65 |
| Shareholders' equity | |
| Distributions | -1,192.69 |
| **Total Shareholders' equity** | **-1,192.69** |
| Net Income | 2,527.75 |
| **Total Equity** | **$2,391.41** |
| **TOTAL LIABILITIES AND EQUITY** | **$5,291.41** |

# WidgetWerks, Inc.

## Balance Sheet

### As of May 1, 2024

|                                          | TOTAL       |
| ---------------------------------------- | ----------- |
| **ASSETS**                               |             |
|   Current Assets               |             |
|     Bank Accounts    |             |
|       Clearly Better Business Checking (9968) - 1 | 3.72 |
|     **Total Bank Accounts** | **$3.72** |
|     Other Current Assets |           |
|       Loans to others | 7,312.00 |
|     **Total Other Current Assets** | **$7,312.00** |
|     **Total Current Assets** | **$7,315.72** |
| **TOTAL ASSETS**                         | **$7,315.72** |
| **LIABILITIES AND EQUITY**               |             |
|   Liabilities                  |             |
|     Current Liabilities |          |
|       Other Current Liabilities |  |
|         Short-term loans from shareholders | 2,785.00 |
|       **Total Other Current Liabilities** | **$2,785.00** |
|     **Total Current Liabilities** | **$2,785.00** |
|   **Total Liabilities**        | **$2,785.00** |
|   Equity                       |             |
|     Opening balance equity | 2,800.00 |
|     Retained Earnings | -1,743.65   |
|     Shareholders' equity |           |
|       Distributions | -1,192.69 |
|     **Total Shareholders' equity** | **-1,192.69** |
|     Net Income       | 4,667.06    |
|   **Total Equity**             | **$4,530.72** |
| **TOTAL LIABILITIES AND EQUITY**         | **$7,315.72** |

# WidgetWorks, Inc.

## Profit and Loss

### February 1-28, 2024

|  | TOTAL |
|---|---|
| Income |  |
| Uncategorized Income | 3,150.00 |
| **Total Income** | **$3,150.00** |
| GROSS PROFIT | **$3,150.00** |
| Expenses |  |
| Office expenses |  |
| Shipping & postage | 479.12 |
| **Total Office expenses** | **479.12** |
| Uncategorized Expense | 100.00 |
| **Total Expenses** | **$579.12** |
| NET OPERATING INCOME | **$2,570.88** |
| NET INCOME | **$2,570.88** |

# WidgetWerks, Inc.

## Profit and Loss

March 2024

|  | TOTAL |
|---|---|
| Income |  |
| **Total Income** |  |
| GROSS PROFIT | **$0.00** |
| Expenses |  |
| General business expenses |  |
| Bank fees & service charges | 3.00 |
| **Total General business expenses** | **3.00** |
| Meals | 34.13 |
| **Total Expenses** | **$37.13** |
| NET OPERATING INCOME | **$ -37.13** |
| NET INCOME | **$ -37.13** |

1/1

# WidgetWerks, Inc.

## Profit and Loss

### April 2024

| | TOTAL |
|---|---|
| Income | |
|   Uncategorized Income | 3,150.00 |
| **Total Income** | $3,150.00 |
| GROSS PROFIT | $3,150.00 |
| Expenses | |
|   General business expenses | |
|     Bank fees & service charges | 3.00 |
|   **Total General business expenses** | 3.00 |
|   Uncategorized Expense | 1,000.00 |
| **Total Expenses** | **$1,003.00** |
| NET OPERATING INCOME | **$2,147.00** |
| NET INCOME | **$2,147.00** |

# WidgetWerks, Inc.

## Profit and Loss

### May 2024

|  | TOTAL |
|---|---|
| Income |  |
| **Total Income** |  |
| GROSS PROFIT | **$0.00** |
| Expenses |  |
|   General business expenses |  |
|    Bank fees & service charges | 3.00 |
|   **Total General business expenses** | **3.00** |
|   Office expenses |  |
|    Office supplies | 7.69 |
|   **Total Office expenses** | **7.69** |
| **Total Expenses** | **$10.69** |
| NET OPERATING INCOME | **$ -10.69** |
| NET INCOME | **$ -10.69** |