**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 24-20404-CMB |
| Linda C. Parker, | ) |
| **Debtor,** | ) **Chapter** 11 |
| | ) |
| Linda C. Parker, | ) |
| **Movant,** | ) |
| **v.** | ) |
| No Respondent. | ) **Document No.**   59 |

### ORDER OF COURT

**AND NOW**, this <u>19th</u> day of <u>September</u>, 2024, upon consideration of the

Debtor's *Motion for an Order Extending the Deadline to File a Chapter 11 Small Business*

*Plan and Disclosure Statement*, and after notice and cause shown, it is hereby

**ORDERED, ADJUDGED** and **DECREED**:

1.    The Motion is **GRANTED**.

2.    The deadline for the Debtor to file a Chapter 11 Small Business Plan and

Disclosure Statement is hereby extended seven (7) days, up to and including September

25, 2024

3.    It is **FURTHERED ORDERED** that this Order is without prejudice to the

Debtor's right to request further extensions of time if necessary and appropriate.

**By the Court:**

*Carlota M. Böhm*

Honorable Carlota M. Böhm    dmr
**United States Bankruptcy Judge**

FILED
9/19/24 10:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                        Case No. 24-20404-CMB

Linda C. Parker                                                               Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 19, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2024:**

**Recip ID               Recipient Name and Address**
db                    +  Linda C. Parker, 626 James Drive, Belle Vernon, PA 15012-4742

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2024                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Joseph Walayat | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION awalayat@tuckerlaw.com |
| Andrew Kevin Pratt | on behalf of Debtor Linda C. Parker apratt@c-vlaw.com<br>kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com |
| Beverly Weiss Manne | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bmanne@tuckerlaw.com,<br>bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Denise Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Debtor Linda C. Parker dcalaiaro@c-vlaw.com<br>kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com |

District/off: 0315-2                     User: auto                                    Page 2 of 2
Date Rcvd: Sep 19, 2024                  Form ID: pdf900                          Total Noticed: 1

Jeffrey Hunt
                    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Kate Bradley
                    on behalf of U.S. Trustee Office of the United States Trustee kate.m.bradley@usdoj.gov

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov


TOTAL: 8