**Date: 11/07/2024 01:30 pm**

**In re:** Linda C. Parker

**Bankruptcy No. 24-20404-CMB**
**Chapter: 11 (Small Business)**
**Doc. #66**

**Appearances:** Donald R. Calaiaro, Joanna Studeny, Trustee Kate M. Bradley

**Nature of Proceeding:** #66, 68 Small Business Disclosure Statement / Plan Confirmation

**Additional Pleadings:** #72 Stipulation Resolving PNC Bank Objection; #73 Addendum to Chapter 11 Plan; #77 Objection to Plan by U.S.Trustee

- Order will be entered.

- PNC Stipulation is approved and Order entered.

FILED
11/7/24 3:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota Böhm**
**U.S. Bankruptcy Judge**