# PROCEEDING MEMO

**Date: 11/07/2024 01:30 pm**

**In re:** Linda C. Parker

                                           **Bankruptcy No. 24-20404-CMB**
                                           **Chapter: 11 (Small Business)**
                                             **Doc. # 79**

**Appearances:** Donald R. Calaiaro, Esq.
                 Joanna Studeny, Esq.
                  Kate M. Bradley, Trustee

**Nature of Proceeding: #79 Motion to Extend Small Business Deadlines**

- Motion granted and Order to be entered.

FILED
11/7/24 3:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota Böhm**
**U.S. Bankruptcy Judge**