N

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 24-20404-CMB |
| | ) | |
| **LINDA C. PARKER,** | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Related to Doc. Nos. 66, 68, 72, 73, 77, |
| | ) | 78, 79 |

## ORDER

**AND NOW,** this 7th day of November, 2024, after the hearing held on this date on the confirmation of the Plan dated September 25, 2024 (Doc. No. 66), consideration of the Objection of the United States Trustee (Doc. No. 77) and resolution of certain items raised through language to be included in any proposed confirmation order, the Stipulation between the Debtor and PNC Bank, National Association (Doc. No. 72) and the Addendum to the Plan (Doc. No. 73), and the Debtor having requested a "cramdown" hearing pursuant to 11 U.S.C. §1129(b) as Debtor believes that confirmation of the Plan is in the best interest of Creditors and the Estate, regardless of the balloting of the Plan which failed to support plan acceptance permitting confirmation pursuant to 11 U.S.C. §1126(c),

It is hereby **ORDERED, ADJUDGED,** and **DECREED,** that:

1. On or before **November 13, 2024,** the Disclosure Statement dated September 25, 2024 (Doc. No. 68) shall (1) be amended to clarify the identification of classes of creditors as set forth on the record and (2) served on all Parties in Interest by Counsel for Debtor. Upon filing, the Amended Disclosure Statement will be approved by the Court on a final basis.

2. The *Motion to Extend Small Business Deadlines* (Doc. No. 79) is **GRANTED** based on the record of the confirmation hearing. The deadline to confirm the Debtor's Plan is extended to **January 8, 2025.** To the extent there may be a need for the filing of an amended plan and disclosure statement, the §1121(e)(2) deadline is extended to **February 18, 2025.** Further extension may be considered if necessary.

3. On or before **November 29, 2024,** any Creditor or other Party in Interest shall file its Objection to plan confirmation pursuant to the "cramdown" provisions of 11 U.S.C. §1129(b).

4. A Cramdown Hearing is scheduled for **December 19, 2024**, at **2:30 P.M.** in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

5. On or before **December 5, 2024,** the Debtor shall provide to the Court and any Party in Interest objecting to the cramdown copies of all exhibits to be offered, including the necessary financial information in support of the claim for cramdown.

6. On or before **December 12, 2024,** the Debtor and any Creditor or other Party in Interest objecting to the cramdown shall file their respective memorandum of law in support of, or in opposition to, cramdown of the Plan.

7. In the event no Objection is timely filed, upon the filing of a Certification of No Objection by the Debtor, this Court will consider entering an Order by default allowing for cramdown approval of the proposed Plan pursuant to 11 U.S.C. §1129(b). Debtor shall file an appropriate proposed confirmation order contemporaneously with a CNO that (1) incorporates any stipulations that govern treatment of claims and (2) includes the language necessary to resolve the United States Trustee's Objection.

FILED
11/7/24 4:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
Carlota M. Böhm
United States Bankruptcy Judge

2

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 24-20404-CMB
Linda C. Parker  Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 2
Date Rcvd: Nov 07, 2024    Form ID: pdf900    Total Noticed: 14

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda C. Parker, 626 James Drive, Belle Vernon, PA 15012-4742 |
| cr | + | PNC BANK, NATIONAL ASSOCIATION, 101 W Washington Street, Ste 5E, Indianapolis, IN 46255, UNITED STATES 46255-5000 |
| 15687601 | + | Belfor Restoration, 1100 Cuddy Lane, Cuddy, PA 15031-9714 |
| 15687602 | + | Beverly Weiss Manne, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 15687605 | + | McClure & Wolf, Wayne H. Port, Esquire, 92 East Main Street, Uniontown, PA 15401-3577 |
| 15687607 | + | PNC Mortgage, P.O. Box 6534, Carol Stream, IL 60197-6534 |
| 15687606 | + | Parker Precision Molding, Inc., 129 Landmark Lane, Belle Vernon, PA 15012-6815 |
| 15687608 | + | Rebecca A. Solarz, Esquire, 701 Market Street, Philadelphia, PA 19106-1538 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Nov 07 2024 23:38:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15702935 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 07 2024 23:44:37 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15687603 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 07 2024 23:38:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 21126, Philadelphia, PA 19114-0326 |
| 15808045 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 07 2024 23:38:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15694842 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 07 2024 23:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15694450 | + | Email/Text: ebnpeoples@grblaw.com | Nov 07 2024 23:38:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, St. 3110, Pittsburgh, PA 15219-1753 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15687604 | | Linda Parker |
| 15813727 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2024        Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron Joseph Walayat | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION awalayat@tuckerlaw.com |
| Andrew Kevin Pratt | on behalf of Debtor Linda C. Parker apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;amoody@c-vlaw.com |
| Beverly Weiss Manne | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Debtor Linda C. Parker dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;amoody@c-vlaw.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Joanna Studeny | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION jstudeny@tuckerlaw.com |
| Kate Bradley | on behalf of U.S. Trustee Office of the United States Trustee kate.m.bradley@usdoj.gov |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 9