## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 24-20404-CMB |
| | ) **Chapter** 11 |
| Linda C. Parker, | ) **Related Document No.** 85, 88, 89, 90 |
| **Debtor.** | ) **Document No.** |

### ORDER CONFIRMING AMENDED SMALL BUSINESS CHAPTER 11 PLAN OF REORGANIZATION DATED NOVEMBER 15, 2024

**AND NOW,** this ___ day of _____, 2024, upon consideration of:

(a)  The Amended Chapter 11 Plan of Reorganization (the "Plan") dated, November 15, 2024, filed by Linda C. Parker pursuant to Chapter 11, Title 11 of the United States Code, 11 U.S.C. §§ 101-1330, (the "Bankruptcy Code"); and

(b)  The Stipulation by PNC Bank, National Association and between Linda C. Parker and Consent Order Resolving PNC Bank, National Association's Objection to Confirmation of Debtor's Chapter 11 Plan of Reorganization, Document No. 83, approved on November 7, 2024; and

(c)  Article 6.1 is modified. "Pursuant to section 1141(d)(5) of the Bankruptcy Code, **the Debtor shall not be entitled to a discharge of unsecured debts until payments to class 5 is paid according to the Amended Plan".**  The Debtor agrees to modify the Amended Plan, through this Order.

(d)  Classes 3 and 5[1], the general unsecured creditors have voted in favor of the Plan.

(e)  Classes 2, and 4 did not submit ballots accepting or rejecting the Plan. No member of these Classes timely filed an Objection to Confirmation of the Plan.

---

[1] Class 5 was formerly identified as class 6 in the Original Plan of Reorganization.

(f) **IT IS HEREBY ORDERED** that the Amended Small Business Chapter 11 Plan of Reorganization dated November 15, 2024, is confirmed.

(g) All reports and fees due and payable pursuant to section 1930 of Title 28 of the United States Code prior to the Effective Date shall be filed and paid by the Debtor. On and after the Effective Date, the Reorganized Debtor shall pay all such fees when due and payable and shall file with the Bankruptcy Court quarterly reports in a form reasonably acceptable to the United States Trustee. The Debtor shall remain obligated to pay quarterly fees to the Office of the United States Trustee until the earliest of the Debtor's case being closed, dismissed or converted to a case under Chapter 7 of the Bankruptcy Code."

        **By the Court,**

        _____
        **Honorable Carlota M. Böhm**
        **United States Bankruptcy Judge**

The form of this Order was approved, which resolved
the Objections of the U.S. Trustee.

**Consented:**

/s/ Kate Bradley
**Kate Bradley**
**U.S. Trustee Program/Dept. of Justice**
**1000 Liberty Avenue, Suite 1316**
**Pittsburgh, PA 15222**
**(412) 644-4756**
**kate.m.bradley@usdoj.gov**