IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 24-20404-CMB |
| | ) | |
| **LINDA C. PARKER,** | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Related to Doc. Nos. 85, 88, 89, 90 |
| | ) | |

## ORDER

**AND NOW,** this 19th day of November, 2024, whereas Debtor filed an *Amended Chapter 11 Plan of Reorganization Dated November 15, 2024* ("Amended Plan," Doc. No. 88), an *Amended Disclosure Statement to Accompany Amended Plan of Reorganization Dated November 15, 2024* ("Amended Disclosure Statement," Doc. No. 89), and *Summary of Amended Chapter 11 Plan of Reorganization Dated November 15, 2024* (Doc. No. 90), and whereas it appears that the amendments were intended to clarify issues raised at the November 7th hearing without changes to treatment of creditors, and whereas a Cramdown Hearing and associated deadlines on the prior plan were set by Order dated November 7, 2024 ("November 7th Order," Doc. No. 85),

It is hereby **ORDERED, ADJUDGED,** and **DECREED,** that:

1. The Amended Disclosure Statement is conditionally approved.
2. The November 7th Order is **MODIFIED** as set forth herein, and the Court will proceed to consider final approval of the Amended Disclosure Statement and confirmation of the Amended Plan with an opportunity for objection and hearing.
3. On or before **November 29, 2024,** any Creditor or other Party in Interest shall file (1) any Objection to the *amendments* in the Amended Disclosure Statement or Amended Plan and (2) any Objection to confirmation of the Amended Plan pursuant to the "cramdown" provisions of 11 U.S.C. §1129(b).
4. On or before **December 5, 2024,** the Debtor shall provide to the Court and any Party in Interest objecting to the cramdown of the Amended Plan copies of all exhibits to be offered, including the necessary financial information in support of the claim for cramdown.
5. On or before **December 12, 2024,** the Debtor and any Creditor or other Party in Interest objecting to the cramdown shall file their respective memorandum of law in support of, or in opposition to, cramdown of the Amended Plan.

6. A hearing to consider final approval of the Amended Disclosure Statement and cramdown confirmation of the Amended Plan shall be held on **December 19, 2024**, at **2:30 P.M.** in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

7. In the event no Objection is timely filed, upon the filing of a Certification of No Objection by the Debtor, this Court will consider entering an Order by default approving the Amended Disclosure Statement and allowing for cramdown approval of the Amended Plan pursuant to 11 U.S.C. §1129(b). Debtor shall file an appropriate proposed confirmation order contemporaneously with a CNO that (1) incorporates any stipulations that govern treatment of claims and (2) includes the language necessary to resolve the United States Trustee's prior Objection.[1]

8. Debtor shall **IMMEDIATELY** serve a copy of this Order on all Creditors and other Parties in Interest and file a Certificate of Service forthwith.

FILED
11/19/24 10:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
United States Bankruptcy Judge

---

[1] It appears that one of the objections raised by the United States Trustee has been resolved in the Amended Plan by the elimination of Section 9.7, which addressed termination of representation.

2

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Linda C. Parker  
    Debtor

Case No. 24-20404-CMB  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2  
Date Rcvd: Nov 19, 2024     Form ID: pdf900     Total Noticed: 14

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda C. Parker, 626 James Drive, Belle Vernon, PA 15012-4742 |
| cr | + | PNC BANK, NATIONAL ASSOCIATION, 101 W Washington Street, Ste 5E, Indianapolis, IN 46255, UNITED STATES 46255-5000 |
| 15687601 | + | Belfor Restoration, 1100 Cuddy Lane, Cuddy, PA 15031-9714 |
| 15687602 | + | Beverly Weiss Manne, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 15687605 | + | McClure & Wolf, Wayne H. Port, Esquire, 92 East Main Street, Uniontown, PA 15401-3577 |
| 15687607 | + | PNC Mortgage, P.O. Box 6534, Carol Stream, IL 60197-6534 |
| 15687606 | + | Parker Precision Molding, Inc., 129 Landmark Lane, Belle Vernon, PA 15012-6815 |
| 15687608 | + | Rebecca A. Solarz, Esquire, 701 Market Street, Philadelphia, PA 19106-1538 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Nov 20 2024 00:03:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15702935 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 20 2024 00:13:48 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15687603 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 20 2024 00:03:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 21126, Philadelphia, PA 19114-0326 |
| 15808045 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 20 2024 00:03:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15694842 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 20 2024 00:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15694450 | + | Email/Text: ebnpeoples@grblaw.com | Nov 20 2024 00:03:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, St. 3110, Pittsburgh, PA 15219-1753 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15687604 | | Linda Parker |
| 15813727 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2024  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2024 at the address(es) listed below:**

**Name** **Email Address**

Aaron Joseph Walayat
   on behalf of Creditor PNC BANK NATIONAL ASSOCIATION awalayat@tuckerlaw.com

Andrew Kevin Pratt
   on behalf of Debtor Linda C. Parker apratt@c-vlaw.com
   kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;amoody@c-vlaw.com

Beverly Weiss Manne
   on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bmanne@tuckerlaw.com,
   bewmanne@aol.com,jrusnack@tuckerlaw.com

Denise Carlon
   on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Donald R. Calaiaro
   on behalf of Debtor Linda C. Parker dcalaiaro@c-vlaw.com
   kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;amoody@c-vlaw.com

Jeffrey Hunt
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Joanna Studeny
   on behalf of Creditor PNC BANK NATIONAL ASSOCIATION jstudeny@tuckerlaw.com

Kate Bradley
   on behalf of U.S. Trustee Office of the United States Trustee kate.m.bradley@usdoj.gov

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

TOTAL: 9