**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 24-20404-CMB |
| | ) **Chapter** 11 |
| Linda C. Parker, | ) **Related to Document No.** 88, 89, 90, 92 |
| | ) |
| **Debtor.** | ) **Document No.** |

**CERTIFICATE OF NO OBJECTION REGARDING CONFIRMATION OF AMENDED CHAPTER 11 PLAN DATED November 15, 2024 (Doc. 88)**

**TO THE HONORABLE CARLOTA M. BÖHM, UNITED STATES BANKRUPTCY JUDGE AND ALL CREDITORS AND PARTIES IN INTEREST:**

On November 19, 2024, this Honorable Court entered an Order scheduling a cramdown hearing on the proposed Amended Chapter 11 Plan dated November 15, 2024 filed and proposed by the Debtor, Linda C. Parker. See ECF No. 92.

The undersigned, on behalf of the Debtor and Debtor-in-Possession, hereby certifies that, as of the date hereof, no Objection to Confirmation or other responsive pleading to the Amended Chapter 11 Plan dated November 15, 2024 or this Court's Cramdown Order filed on November 19, 2024 have been received.

The undersigned further certifies that this Court's docket in this case has been reviewed and no Objection to Confirmation or other responsive pleading to the Amended Chapter 11 Plan dated November 15, 2024 or this Court's Cramdown Order filed on April 12, 2024 appear thereon.

Pursuant to the November 19, 2024 Order, the Court imposed a deadline of **November 29, 2024** for any Creditor or other Party in Interest to file an Objection to Plan Confirmation pursuant to the cramdown provisions of 11 U.S.C. § 1129(b).

The undersigned, on behalf of the Debtor and Debtor-in-Possession, respectfully requests that the Court enter an order confirming the Amended Chapter 11 Plan dated November 15, 2024.

**Dated:** December 6, 2024     **CALAIARO VALENCIK**

BY: /s/ Donald R. Calaiaro
Donald R. Calaiaro, Esq.  PA I.D. No. 27538

938 Penn Avenue, Suite 501
Pittsburgh, PA 15222-3708
Phone:     (412) 232-0930
Email:     dcalaiaro@c-vlaw.com