N

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 24-20404-CMB |
| | ) | |
| LINDA C. PARKER, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Related to Doc. Nos. 88, 89, 92, 94, 97 |

## DEFAULT ORDER

**AND NOW**, this **12th** day of **December, 2024**, the Debtor having filed a Certification of No Objection (Doc. No. 97) in response to the Order of Court dated November 19, 2024 (Doc. No. 92), scheduling a hearing to consider final approval of the Debtor's *Amended Disclosure Statement to Accompany Amended Plan of Reorganization Dated November 15, 2024* ("Amended Disclosure Statement," Doc. No. 89) and a "cramdown" hearing on Debtor's *Amended Chapter 11 Plan of Reorganization Dated November 15, 2024* ("Amended Plan," Doc. No. 88) for December 19, 2024, and it being apparent that no objections exist,

It is hereby **ORDERED, ADJUDGED**, and **DECREED**, that:

1. The Amended Disclosure Statement is approved.
2. The Debtor's request for cramdown of the Amended Plan pursuant to 11 U.S.C. §1129(b) is **GRANTED** by default and the Plan is **CONFIRMED** subject to the following:
   a. The Stipulation and Consent Order Resolving PNC Bank, National Association's Objection to Confirmation, previously approved by the Court (Doc. No. 83);
   b. Article 6.1 is modified to provide that Debtor's discharge is governed by §1141(d)(5). Specifically, §1141(d)(5)(A) provides that "confirmation of the plan does not discharge any debt provided for in the plan until the court grants a discharge on completion of all payments under the plan[.]" Any language inconsistent with that provision is stricken from the Amended Plan.
3. All reports and fees due and payable pursuant to section 1930 of Title 28 of the United States Code prior to the Effective Date shall be filed and paid by the Debtor. On and after the Effective Date, the Reorganized Debtor shall pay all such fees when due and payable

and shall file with the Bankruptcy Court quarterly reports in a form reasonably acceptable to the United States Trustee. The Debtor shall remain obligated to pay quarterly fees to the Office of the United States Trustee until the earliest of the Debtor's case being closed, dismissed, or converted to a case under Chapter 7 of the Bankruptcy Code.

4. The hearing scheduled for December 19, 2024, is **CANCELLED.**

FILED
12/12/24 10:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-20404-CMB |
| Linda C. Parker | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 12, 2024 | Form ID: pdf900 | Total Noticed: 14 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda C. Parker, 626 James Drive, Belle Vernon, PA 15012-4742 |
| cr | + | PNC BANK, NATIONAL ASSOCIATION, 101 W Washington Street, Ste 5E, Indianapolis, IN 46255, UNITED STATES 46255-5000 |
| 15687601 | + | Belfor Restoration, 1100 Cuddy Lane, Cuddy, PA 15031-9714 |
| 15687602 | + | Beverly Weiss Manne, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 15687605 | + | McClure & Wolf, Wayne H. Port, Esquire, 92 East Main Street, Uniontown, PA 15401-3577 |
| 15687607 | + | PNC Mortgage, P.O. Box 6534, Carol Stream, IL 60197-6534 |
| 15687606 | + | Parker Precision Molding, Inc., 129 Landmark Lane, Belle Vernon, PA 15012-6815 |
| 15687608 | + | Rebecca A. Solarz, Esquire, 701 Market Street, Philadelphia, PA 19106-1538 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 12 2024 23:53:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15702935 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 12 2024 23:52:19 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15687603 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 12 2024 23:53:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 21126, Philadelphia, PA 19114-0326 |
| 15808045 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 12 2024 23:53:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15694842 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 12 2024 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15694450 | + | Email/Text: ebnpeoples@grblaw.com | Dec 12 2024 23:53:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, St. 3110, Pittsburgh, PA 15219-1753 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15687604 | | Linda Parker |
| 15813727 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2024           Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron Joseph Walayat | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION awalayat@tuckerlaw.com |
| Andrew Kevin Pratt | on behalf of Debtor Linda C. Parker apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;amoody@c-vlaw.com |
| Beverly Weiss Manne | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Debtor Linda C. Parker dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;amoody@c-vlaw.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Joanna Studeny | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION jstudeny@tuckerlaw.com |
| Kate Bradley | on behalf of U.S. Trustee Office of the United States Trustee kate.m.bradley@usdoj.gov |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 9