FILED
5/23/25 2:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| WITHDRAWAL OF APPEARANCE OF KATE M. BRADLEY IN VARIOUS OPEN CASES | MISCELLANEOUS NO. 25-205-GLT<br>Related Dkt. no. 2 and 3 |

### ORDER OF COURT

AND NOW, this __23rd__ day of ___May___, 2025, upon consideration of the Omnibus Motion to Withdraw the Appearance of Kate M. Bradley, it is hereby ORDERED that the Motion is granted, and Kate M. Bradley is granted leave to withdraw her appearance as counsel of record in in the list of cases attached to the Motion as Exhibit "A".

BY THE COURT:

Dated: 5/23/25

_____
GREGORY TADDONIO, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

# EXHIBIT A

# Select a Case

There was 1 matching person.

There were 56 matching cases.

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|---|
| Bradley, Kate (aty) (56 cases) | 21-22261-JAD | Black & Gold Beer Warehouse, LLC | 11 | 10/15/21 | N / A | N / A |
| | 21-22384-CMB | VAL Properties, LLC | 11 | 11/03/21 | N / A | N / A |
| | 22-10258-GLT | S.A. Wagner Agency, Inc. | 11 | 06/08/22 | N / A | N / A |
| | 22-20472-CMB | Carnival Beverages, Inc. | 7 | 03/15/22 | N / A | N / A |
| | 22-21375-GLT | RLI Solutions Company | 11 | 07/17/22 | N / A | N / A |
| | 22-21432-GLT | Christopher A. Lane | 11 | 07/24/22 | N / A | N / A |
| | 22-22293-CMB | Gabriel S. Fontana | 7 | 11/18/22 | N / A | N / A |
| | 22-22395-CMB | First Line Tactical LLC d/b/a Steel City Ammo | 7 | 12/02/22 | N / A | N / A |
| | 22-22565-CMB | The 3 Wisemen LLC | 11 | 12/30/22 | N / A | N / A |
| | 23-10388-JCM | LaBruzzo Commercial Properties, LLC | 11 | 07/27/23 | N / A | N / A |
| | 23-10389-JCM | LaBruzzo Woodlands, LLC | 11 | 07/27/23 | N / A | N / A |
| | 23-20348-GLT | T Love Trucking LLC | 11 | 02/17/23 | N / A | N / A |
| | 23-20556-CMB | Rice Enterprises, LLC | 11 | 03/15/23 | N / A | N / A |
| | 23-20824-CMB | John L Peoples | 11 | 04/17/23 | N / A | N / A |
| | 23-21149-GLT | Canova Electrical Contracting, Inc. | 7 | 05/26/23 | N / A | N / A |
| | 23-21872-JCM | Hog Father's Old Fashioned BBQ, LLC | 11 | 09/01/23 | N / A | N / A |
| | 23-21873-JCM | Hog Father's Old Fashioned BBQ of Canonsburg, | 7 | 09/01/23 | N / A | N / A |
| | 23-21913-CMB | Tracey Quinn | 11 | 09/08/23 | N / A | N / A |
| | 23-22125-JAD | H.A. Stewart Trucking LLC | 11 | 10/05/23 | N / A | N / A |
| | 23-22164-CMB | Cody W. Keenan and Sheena Lynn Keenan | 11 | 10/12/23 | N / A | N / A |
| | 23-22612-JAD | Latrobe Associates, Inc. | 11 | 12/01/23 | N / A | N / A |

| Case | Debtor | Chapter | Filed | | |
|---|---|---|---|---|---|
| 23-22653-JAD | LA Tool, Inc. | 11 | 12/10/23 | N / A | N / A |
| 23-22657-JCM | Stockman Lawnscape, Inc. | 11 | 12/11/23 | N / A | N / A |
| 23-22700-CMB | Oakmont Barbeque Company LLC | 11 | 12/18/23 | N / A | N / A |
| 24-10271-CMB | Maybrook-C Whitecliff Opco, LLC | 11 | 05/17/24 | N / A | N / A |
| 24-10272-CMB | Maybrook-C Whitecliff Propco, LLC | 11 | 05/17/24 | N / A | N / A |
| 24-10535-GLT | Winston & Duke Inc. | 11 | 09/13/24 | N / A | N / A |
| 24-20404-CMB | Linda C. Parker | 11 | 02/21/24 | N / A | N / A |
| 24-20441-GLT | William H. Hensler, Jr. and Susan J. Hensler | 11 | 02/23/24 | N / A | N / A |
| 24-21001-JCM | Frank M. Puskarich | 11 | 04/25/24 | N / A | N / A |
| 24-21217-CMB | South Hills Operations, LLC | 11 | 05/17/24 | N / A | N / A |
| 24-21218-CMB | Maybrook-C Briarcliff Opco, LLC | 11 | 05/17/24 | N / A | N / A |
| 24-21219-CMB | Maybrook-C Briarcliff Propco, LLC | 11 | 05/17/24 | N / A | N / A |
| 24-21220-CMB | 100 Tandem Village Road Propco, LLC | 11 | 05/17/24 | N / A | N / A |
| 24-21221-CMB | Maybrook-C Evergreen Opco, LLC | 11 | 05/17/24 | N / A | N / A |
| 24-21222-CMB | Monroeville Operations, LLC | 11 | 05/17/24 | N / A | N / A |
| 24-21223-CMB | Maybrook-C Evergreen Propco, LLC | 11 | 05/17/24 | N / A | N / A |
| 24-21224-CMB | Maybrook-C Latrobe Opco, LLC | 11 | 05/17/24 | N / A | N / A |
| 24-21225-CMB | Mt. Lebanon Operations, LLC | 11 | 05/17/24 | N / A | N / A |
| 24-21226-CMB | 3876 Saxonburg Boulevard Propco, LLC | 11 | 05/17/24 | N / A | N / A |
| 24-21227-CMB | Maybrook-C Kade Opco, LLC | 11 | 05/17/24 | N / A | N / A |
| 24-21228-CMB | Maybrook-C Latrobe Propco, LLC | 11 | 05/17/24 | N / A | N / A |
| 24-21229-CMB | Maybrook-C Kade Propco, LLC | 11 | 05/17/24 | N / A | N / A |

| Case | Debtor | Chapter | Date Filed | | |
|---|---|---|---|---|---|
| 24-21230-CMB | Murrysville Operations, LLC | 11 | 05/17/24 | N/A | N/A |
| 24-21232-CMB | Cheswick Rehabilitation and Wellness Center, LLC | 11 | 05/17/24 | N/A | N/A |
| 24-21234-CMB | Maybrook-C Overlook Opco, LLC | 11 | 05/17/24 | N/A | N/A |
| 24-21235-CMB | North Strabane Rehabilitation and Wellness Center, | 11 | 05/17/24 | N/A | N/A |
| 24-21236-CMB | Maybrook-C Overlook Propco, LLC | 11 | 05/17/24 | N/A | N/A |
| 24-21237-CMB | Maybrook-C Silver Oaks Opco, LLC | 11 | 05/17/24 | N/A | N/A |
| 24-21238-CMB | Maybrook-C Silver Oaks Propco, LLC | 11 | 05/17/24 | N/A | N/A |
| 24-22320-GLT | M & M Farms, Inc. | 11 | 09/19/24 | N/A | N/A |
| 24-70040-JAD | Senior Choice, Inc. | 11 | 02/08/24 | N/A | N/A |
| 24-70299-JAD | Guardian Elder Care at Johnstown, LLC | 11 | 07/29/24 | N/A | N/A |
| 24-70418-JAD | Pottsville Operations LLC | 11 | 10/15/24 | N/A | N/A |
| 24-70473-JAD | Care Pavilion Operating LLC | 11 | 11/18/24 | N/A | N/A |
| 25-70001-JAD | Wilson Creek Energy, LLC | 11 | 01/06/25 | N/A | N/A |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 05/20/2025 13:49:52 | | |
| **PACER Login:** mvillaco | **Client Code:** | |
| **Description:** Search | **Search Criteria:** | LName: Bradley FName: Kate Open Cases: included |
| **Billable Pages:** 2 | **Cost:** | 0.20 |