IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Linda C. Parker,                                            Case No. 24-20404-CMB

                                                            Chapter 11

    Debtor.

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

Please enter the appearance of Jodi Hause on behalf of the United States Trustee in the above captioned matter.

                                            Respectfully Submitted,

                                            ANDREW R. VARA
                                            UNITED STATES TRUSTEE
                                            Regions 3 and 9


                        By:     /s/ *Jodi L. Hause*
                                Jodi L. Hause, Trial Attorney
                                Pennsylvania ID 90625
                                William S. Moorhead Federal Building
                                1000 Liberty Avenue, Suite 1316
                                Pittsburgh, Pennsylvania 15222
                                (412) 644-4756 Telephone
                                Jodi.Hause@usdoj.gov