# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Linda C. Parker<br>　　　　Debtor(s) | Chapter 11 |
| PNC BANK, NATIONAL ASSOCIATION<br>　　　　Movant<br>　v.<br>Linda C. Parker<br>　　　　Debtor(s)<br><br>　　　　Trustee | NO. 24-20404 CMB<br><br>Related to: Document Nos. 112 and 117 |

## ORDER

And on this __9th__ day of __June__, 2025, it is hereby ORDERED that the Declaration of Default filed by PNC Bank, National Association, Docket # 110 & 112, filed on May 2, 2025 and amended on May 9, 2025, is hereby WITHDRAWN\.

By the Court,

_____ J.
Carlota M. Böhm
United States Bankruptcy Court Judge

SIGNED
6/9/25 11:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 24-20404-CMB |
|---|---|
| Linda C. Parker | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 09, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda C. Parker, 626 James Drive, Belle Vernon, PA 15012-4742 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2025 at the address(es) listed below:

**Name**          **Email Address**

Aaron Joseph Walayat
           on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION awalayat@tuckerlaw.com

Andrew Kevin Pratt
           on behalf of Debtor Linda C. Parker apratt@c-vlaw.com
           kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;asmith@c-vlaw.com

Beverly Weiss Manne
           on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bmanne@tuckerlaw.com,
           bewmanne@aol.com,jrusnack@tuckerlaw.com

Danielle M DiLeva
           on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION ddileva@kmllawgroup.com

Denise Carlon
           on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jun 09, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Donald R. Calaiaro
    on behalf of Debtor Linda C. Parker dcalaiaro@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;asmith@c-vlaw.com

Jeffrey Hunt
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Joanna Studeny
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION jstudeny@tuckerlaw.com

Jodi Hause
    on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov
    David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

TOTAL: 10