**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Linda C. Parker                                                                 Case No. 24-20404 CMB

                                                                                         Chapter 11

    Debtor

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

Please enter the appearance of Marta Villacorta on behalf of the United States Trustee in the above captioned matter.

Respectfully Submitted,

ANDREW R. VARA
UNITED STATES TRUSTEE
Regions 3 and 9

By: /s/*Marta Villacorta*
Marta Villacorta, Assistant United States Trustee
New York Bar ID 4918280
William S. Moorhead Federal Building
1000 Liberty Avenue, Suite 1316
Pittsburgh, Pennsylvania 15222
412-644-4756
marta.villacorta@usdoj.gov