# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Linda C. Parker,<br><br>　　　　　　　Debtor.<br><br>PNC BANK, NATIONAL ASSOCIATION,<br><br>　　　　　　　Movant,<br>VS.<br><br>Linda C. Parker,<br><br>　　　　　　　Respondents. | NO. 24-20404 CMB<br><br>11<br><br>Related to Docs: 123, 124, 127, 130<br><br>Hearing Date: August 12, 2025 |

## ORDER

Upon consideration of the Motion filed by PNC BANK, NATIONAL ASSOCIATION it is **Ordered** and **Decreed** that the Motion is **granted**, and the hearing scheduled for August 12, 2025 at 1:30 p.m. is hereby continued for sixty (60) days to October 28, 2025 at 1:30 p.m. in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant St., Pittsburgh, PA 15219. Alternatively, Parties may appear via Zoom Video Conference.

　　　　　　　　　　　　　　　　　　　　　　　　　　　By the Court,

Dated: August 11, 2025

　　　　　　　　　　　　　　　　　　　　　*/s/ Carlota M. Böhm*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　dmr

　　　　　　　　　　　　　　　　　FILED
　　　　　　　　　　　　　　　　　8/11/25 1:26 pm
　　　　　　　　　　　　　　　　　CLERK
　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY
　　　　　　　　　　　　　　　　　COURT - WDPA