# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Linda C. Parker<br><br>                             Debtor(s) | BK. NO. 24-20404 CMB |
| PNC BANK, NATIONAL ASSOCIATION, its successors and/or assigns<br>                             Movant<br>            v.<br>Linda C. Parker<br>                             Respondent<br>           and<br>Jodi Hause, Trustee<br>                             Additional Respondent | CHAPTER 13<br><br>RELATED DOCKET # 123 |

## CERTIFICATE OF SERVICE

     I, Denise Carlon, Esq., certify that I served or caused to be served, on <u>October 29, 2025</u>, a copy of the above Motion with attached proposed Order(s) of Court, and the Notice of Hearing filed herewith upon each of the following persons and parties in interest at the addresses shown on the attached mailing matrix:

Method of Service:     first class mail

Date:  <u>October 29, 2025</u>

                                                <u>/s/ Denise Carlon</u>
                                                Denise Carlon, Esq.
                                                Attorney ID: 317226
                                                KML Law Group, P.C.
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA  19106
                                                Phone: (215) 627-1322 Fax: (215) 627-7734
                                                dcarlon@kmllawgroup.com
                                                Attorneys for Movant/Applicant

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 24-20404-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Fri Mar 1 12:15:05 EST 2024 | Belfor Restoration<br>1100 Cuddy Lane<br>Cuddy, PA 15031-9714 | Beverly Weiss Manne, Esquire<br>Tucker Arensberg, P.C.<br>1500 One PPG Place<br>Pittsburgh, PA 15222-5413 |
| [redacted] | Donald R. Calaiaro<br>Calaiaro Valencik<br>938 Penn Avenue, Suite 501<br>Pittsburgh, PA 15222-3708 | Internal Revenue Service<br>Special Procedures Division<br>P.O. Box 628<br>Bankruptcy Section<br>Pittsburgh, PA 15230 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Beverly Weiss Manne<br>Tucker Arensberg, P.C.<br>1500 One PPG Place<br>Pittsburgh, PA 15222-5413 | McClure & Wolf<br>Wayne H. Port, Esquire<br>92 East Main Street<br>Uniontown, PA 15401-3577 |
| Office of the United States Trustee<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222-4013 | PNC BANK, NATIONAL ASSOCIATION<br>101 W Washington Street, Ste 5E<br>Indianapolis, IN 46255-5000 | PNC Mortgage<br>P.O. Box 6534<br>Carol Stream, IL 60197-6534 |
| Linda C. Parker<br>626 James Drive<br>Belle Vernon, PA 15012-4742 | Parker Precision Molding, Inc.<br>129 Landmark Lane<br>Belle Vernon, PA 15012-6815 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | [redacted] | Aaron Joseph Walayat<br>Tucker Arensberg, PC<br>1500 One PPG Place<br>Pittsburgh, PA 15222-5413 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Linda Parker

End of Label Matrix
Mailable recipients   17
Bypassed recipients    1
Total                 18