## PROCEEDING MEMO

**Date: 10/28/2025 1:30 PM**
**In re:    Linda C. Parker**

                **Bankruptcy No.  24-20404-CMB**
                **Chapter:  11 (Small Business)**
                **Doc. # 123**

**Appearances:  Denise Carlon, Andrew Pratt, Joanna Studeny**

**Nature of Proceeding:  #123 Motion for Relief From the Automatic Stay filed by PNC Bank, National Association**

**Additional Pleadings:  #127 Response by Debtor**

Per Atty. Carlon, there has only been one payment since the last hearing. The arrears are about $15,275.

Debtor's Counsel was unable to reach the Debtor to discuss an arrearage cure proposed by Atty. Carlon.

OUTCOME: Hearing is continued to November 18, 2025 at 1:30PM.

                **Carlota Böhm**
                **U.S. Bankruptcy Judge**

FILED
10/29/25 7:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-20404-CMB |
| Linda C. Parker | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 29, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Linda C. Parker, 626 James Drive, Belle Vernon, PA 15012-4742 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 31, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Joseph Walayat | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION awalayat@tuckerlaw.com |
| Andrew Kevin Pratt | on behalf of Debtor Linda C. Parker apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;asmith@c-vlaw.com |
| Beverly Weiss Manne | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Danielle M DiLeva | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION ddileva@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Oct 29, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Donald R. Calaiaro
    on behalf of Debtor Linda C. Parker dcalaiaro@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;asmith@c-vlaw.com

Jeffrey Hunt
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Joanna Studeny
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION jstudeny@tuckerlaw.com

Marta Elena Villacorta
    on behalf of U.S. Trustee Office of the United States Trustee marta.villacorta@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

TOTAL: 10