IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Linda C. Parker <u>Debtor</u> | CHAPTER 11 |
| PNC BANK, NATIONAL ASSOCIATION <u>Moving Party</u> vs. | NO. 24-20404 CMB |
| Linda C. Parker <u>Debtor</u> | Related to Doc. No. 123 |
| Jodi Hause <u>Trustee</u> | 11 U.S.C. Section 362 |

**STIPULATION**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. As of October 28, 2025, the post-petition arrearage on the mortgage held by Movant on Debtor's residence is **$15,272.70**. Post-petition funds received after October 28, 2025, will be applied per the terms of this stipulation as outlined herein. The arrearage is itemized as follows:

| | |
|---|---|
| Post-Petition Payments: | January 2025 through October 2025 at $1,527.50 each |
| Suspense Balance: | ($2.30) |
| **Total Post-Petition Arrears:** | **$15,272.70** |

2. The Debtor shall cure said arrearages in the following manner:

a). Beginning **November 2025** and continuing through **September 2026**, until the arrearages are cured, Debtor shall pay the present regular monthly mortgage payment of **$1,527.50** (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$1,272.73** towards the arrearages on or before the last day of each month, with a final installment payment of **$1,272.67** due **October 2026**, at the address below:

PNC Bank, National Association
Attn: Payment Services
3232 Newmark Drive
Miamisburg, OH 45342

b). Maintenance of current monthly mortgage payments to Movant thereafter.

3. Should Debtor provide sufficient proof of payments made, but not credited (front & back copies of cancelled checks and/or money orders), Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor and Debtor's attorney of the default in writing and the Debtor may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(4).

5. If the case is converted to Chapter 7, Movant shall file a Certification of Default with the Court and the Court shall enter an order granting Movant relief from the automatic stay.

6. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

7. The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

8. The parties agree that a facsimile signature shall be considered an original signature.

Date:   November 12, 2025                /s/ Denise Carlon
                                         Denise Carlon, Esq.
                                         Attorney for Movant

Date:   November 25, 2025                /s/ Donald R. Calaiaro
                                         Donald R. Calaiaro
                                         Attorney for Debtor

Approved by the Court this **2nd** day of **December**, 2025. However, the Court retains discretion regarding entry of any further order.

*Carlota M. Böhm*
_____dmr
Bankruptcy Judge
Carlota M. Bohm

FILED
12/2/25 5:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Linda C. Parker  
    Debtor

Case No. 24-20404-CMB  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Dec 03, 2025      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Linda C. Parker, 626 James Drive, Belle Vernon, PA 15012-4742 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron Joseph Walayat | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION awalayat@tuckerlaw.com |
| Andrew Kevin Pratt | on behalf of Debtor Linda C. Parker apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;asmith@c-vlaw.com |
| Beverly Weiss Manne | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Danielle M DiLeva | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION ddileva@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Dec 03, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Donald R. Calaiaro
    on behalf of Debtor Linda C. Parker dcalaiaro@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;asmith@c-vlaw.com

Jeffrey Hunt
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Joanna Studeny
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION jstudeny@tuckerlaw.com

Marta Elena Villacorta
    on behalf of U.S. Trustee Office of the United States Trustee marta.villacorta@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

TOTAL: 10