# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Linda C. Parker | Chapter 11 |
| Debtor | |
| PNC BANK, NATIONAL ASSOCIATION | |
| Movant | |
| v. | NO. 24-20404 CMB |
| Linda C. Parker | |
| Debtor | |
| | 11 U.S.C. Section 362 |
| Marta Elena Villacorta | |
| Trustee | Related to Doc. No. 142 |

## ORDER

Upon Consideration of the Certification of Default filed by the Moving Party in accordance with the Stipulation of the parties approved on December 2, 2025, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301 of the Bankruptcy Code (if applicable), is modified with respect to the subject premises located at 626 James Drive, Belle Vernon, PA 15012 ("Property"), so as to allow Movant, and its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

The stay provided by Bankruptcy Rule 4001(a)(4) has been waived.

Dated:  March 12, 2026

Carlota M. Böhm
United States Bankruptcy Court Judge

dmr

FILED
3/12/26 11:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                          Case No. 24-20404-CMB

Linda C. Parker                                                                 Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                         User: auto                                   Page 1 of 2

Date Rcvd: Mar 12, 2026                      Form ID: pdf900                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2026:**

**Recip ID              Recipient Name and Address**
db                   + Linda C. Parker, 626 James Drive, Belle Vernon, PA 15012-4742

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2026 at the address(es) listed below:

**Name**                          **Email Address**

Aaron Joseph Walayat
                                  on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION awalayat@tuckerlaw.com

Andrew Kevin Pratt
                                  on behalf of Debtor Linda C. Parker apratt@c-vlaw.com
                                  kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.Andre
                                  wR141044@notify.bestcase.com;asmith@c-vlaw.com

Beverly Weiss Manne
                                  on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bmanne@tuckerlaw.com,
                                  bewmanne@aol.com,jrusnack@tuckerlaw.com

Danielle M DiLeva
                                  on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION ddileva@kmllawgroup.com

Denise Carlon
                                  on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

District/off: 0315-2                         User: auto                                    Page 2 of 2

Date Rcvd: Mar 12, 2026                      Form ID: pdf900                               Total Noticed: 1

Donald R. Calaiaro

on behalf of Debtor Linda C. Parker dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.
R141044@notify.bestcase.com;asmith@c-vlaw.com

Jeffrey Hunt

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Joanna Studeny

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION jstudeny@tuckerlaw.com

Marta Elena Villacorta

on behalf of U.S. Trustee Office of the United States Trustee marta.villacorta@usdoj.gov

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov


TOTAL: 10