**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 24-20404-CMB |
| | ) |
| Linda C. Parker, | ) **Chapter** 11 |
| | ) |
| **Debtor,** | ) |

**STATUS REPORT**

**AND NOW** comes Calaiaro Valencik, Counsel for the Debtor in the above-captioned proceeding, and provides the following Status Report pursuant to the Court's August 27, 2026 Order:

1. This bankruptcy case was filed on February 21, 2024.

2. On December 12, 2024, the Court entered an order confirming the Chapter 11 Plan. See Doc. Nos. 88 (Plan); 98 (Order Confirming Plan).

3. On August 27, 2026, this Court entered an Order requiring Debtor's Counsel to file a Status Report regarding the current status of this case. Doc. 146.

4. There are no pending Adversary Proceedings or Contested Matters.

5. All Fee Applications have been approved.

6. Since confirmation PNC Bank filed declarations of default of the Plan.

7. Counsel for the Debtor recently received confirmation of payments to General Unsecured Creditors.

8. Counsel is preparing a Motion for Final Decree.

It is so reported.

**Respectfully submitted,**

**Dated:** September 4, 2026

**CALAIARO VALENCIK**

**BY:** /s/ Andrew K. Pratt
**Andrew K. Pratt, Esq. PA I.D. No. 328784**

**555 Grant Street, Suite 300**
**Pittsburgh, PA 15219**
**Phone: (412) 232-0930**
**Fax: (412) 232-3858**
**Email: apratt@c-vlaw.com**